IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLORIA DOUGHERTY &** | : | **CIVIL ACTION** |
| **WILLIAM DOUGHERTY** | : | |
| | : | |
| v. | : | |
| | : | |
| **PUBLISHER'S CLEARING HOUSE** | : | |
| | : | |
| v. | : | |
| | : | |
| **METRO MARKETING, INC.** | : | **NO. 02-4090** |

## O R D E R

**AND NOW,** this _____ day of August, 2002, upon consideration of the Motion of defendant Publishers Clearing House to Dismiss (Doc. #2), **IT IS HEREBY ORDERED** said Motion is **DENIED** for lack of jurisdiction in this matter, without prejudice to present any appropriate motion to the state court upon remand.

                                            **BY THE COURT:**

                                            _____
                                            **JAY C. WALDMAN, J.**